**FILED**
Thursday, 05 August, 2004  11:33:11 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Annuity Plan of the International Union of Operating Engineers Local N 649<br>Plaintiff<br><br>vs.<br><br>JLT Excavating Inc<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.   03-1371 |

## ORDER FOLLOWING REPORT OF SETTLEMENT

This case has been reported settled by the parties. The parties are hereby directed to file with the court, within fourteen (14) days of the date of this order, a stipulation of dismissal and a dismissal order.

All timetables and scheduled hearings in this case are cancelled until further notice.

ENTER this 4th day of August, 2004.

s/ John A. Gorman

JOHN A. GORMAN
UNITED STATES MAGISTRATE JUDGE