E-FILED
Monday, 07 November, 2005  03:36:22 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA COUNTY**

| | |
|---|---|
| ANNUITY PLAN OF THE ) | |
| INTERNATIONAL UNION OF ) | |
| OPERATING ENGINEERS LOCAL ) | |
| NO. 649, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 03-1371 |
| ) | |
| J.L.T. EXCAVATING, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

**TO:** Ms. Susan Thoennes, J.L.T. Excavating, Inc., 20851 Cheneys Grove Road, Bloomington, IL 61704

**THE UNDERSIGNED CERTIFIES** that a true copy of the following discovery document was served upon the Defendant in this cause by enclosing same in a properly addressed envelope, as set forth above, with postage prepaid, and by depositing said envelope in the U.S. Post Office mailbox in Peoria, Illinois, on the 7th day of November, 2005:

**POST JUDGMENT INTERROGATORIES IN AID OF EXECUTION**

**Annuity Plan of the International Union of Operating Engineers Local No. 649**, Plaintiff,

BY:     s/ David W. Stuckel
        David W. Stuckel

**HARVEY & STUCKEL, CHTD.**
331 Fulton Street, Suite 650
Peoria, IL 61602
Telephone:    (309) 671-4900
Facsimile:    (309) 671-5473

F:\Tammy\ERISA\15869L\Cert.of.Service.wpd